IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:                                                           CASE NO. 07-40066TLH4

CAPITAL CAR CARE CENTER, INC.
                                                          CHAPTER 7

          Debtor(s)

_____/

## NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATED
## IN ACCORDANCE WITH 11 U.S.C. §347

      Chapter 7 Trustee, Theresa M. Bender ("Trustee"), pursuant to 11 U.S.C. §347, gives notice of the payment to the Clerk, U.S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant | Dividend |
|---|---|---|
| 1 | Doris Maloy, Leon County Tax Collector<br>Post Office Box 1835<br>Tallahassee, FL 32302-1835 | $703.21 |

                                          /s/ Theresa M. Bender
                                          THERESA M. BENDER
                                          CHAPTER 7 TRUSTEE
                                          Theresa M. Bender, P.A.
                                          Post Office Box 14557
                                          Tallahassee, FL  32317
                                          PH:  (850) 205-7777
                                          FL. Bar # 0749486
                                          Tmbenderch7@yahoo.com

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing NOTICE OF PAYMENT OF UNCLAIMED FUNDS TREATEDIN ACCORDANCE WITH 11 U.S.C. §347 has been served Electronically, or by U.S. Mail within two business days upon the following:

Office of the U.S. Trustee
110 E. Park Ave.
Suite 110
Tallahassee, FL. 32301

DORIS MALOY, LEON COUNTY TAX COLLECTOR
PO BOX 1835
TALLAHASSEE, FL 32302-1835


Dated: 2/5/2010                                                /s/ Theresa M. Bender